AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>KOLLAR-KOTELLY, COLLEEN | 2. Court or Organization<br><br>United States District Court | 3. Date of Report<br><br>05/15/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>U.S. District Court<br>333 Constitution Avenue, NW<br>Washington, D.C. 20001 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Robert Shuker Scholarship Memorial Fund |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2008 | D.C. Superior Court Retirement Plan |
| 2. | |
| 3. | |

2009 MAY 22 A 11:09 RECEIVED FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | D.C. Superior Court Retirement Fund | $109,575.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | Self-Employed (Attorney) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KOLLAR-KOTELLY, COLLEEN | 05/15/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] . NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. U.S. Bank | Credit Card | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KOLLAR-KOTELLY, COLLEEN | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property, Rehoboth Beach, DE | E | Rent | M | W | | | | | |
| 2. PNC National Bank | | None | J | T | | | | | |
| 3. Bank of America | A | Interest | J | T | | | | | |
| 4. Fidelity Investments Mortgage Securities Fund (IRA) | B | Dividend | K | T | | | | | |
| 5. Capital Realty Investors II L.P. | | None | J | U | | | | | |
| 6. DSM Poseidon L.L.C. | | None | J | U | | | | | |
| 7. Bank of New York Com. Stock | A | Dividend | K | T | | | | | |
| 8. Capital One Fin. Com. St. | | None | | | Sold | 02/01 | K | D | |
| 9. General Electric Com. St. | B | Dividend | K | T | | | | | |
| 10. Schwab Money Market Fund | C | Dividend | L | T | | | | | |
| 11. USX Marathon Group Notes | A | Interest | | | Redeemed | 03/01 | K | | |
| 12. DR Horton Notes | B | Interest | K | T | | | | | |
| 13. Sterling One Industrial LLC | F | Dividend | K | U | | | | | |
| 14. Pfizer Com. St. | B | Dividend | K | T | | | | | |
| 15. Allied Capital Com. St. | C | Dividend | J | T | | | | | |
| 16. Federal Home Loan Bank Bonds | A | Interest | | | Redeemed | 01/30 | K | | |
| 17. Federal Farm Credit Bank Bonds | A | Interest | | | Redeemed | 01/22 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KOLLAR-KOTELLY, COLLEEN | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. EMC Corp. Com. St. | | None | K | T | | | | | |
| 19. MCG Capital Corp. Com. St. | A | Dividend | | | Sold | 03/04 | J | | |
| 20. Anheuser Busch Co. Inc. Com. St. | A | Dividend | | | Sold | 11/18 | K | | |
| 21. Apache Corp. Com. St. | A | Dividend | K | T | Sold (part) | 07/10 | J | | |
| 22. SPDR Gold Trust Com. St. (former Streettracks Gold Com. St) | | None | K | T | | | | | |
| 23. Citigroup Inc. Notes | B | Interest | K | T | | | | | |
| 24. U.S. Treasury Notes | C | Interest | | | Redeemed (part) | 01/31 | K | A | |
| 25. U.S. Treasury Notes | C | Interest | | | Redeemed (part) | 04/30 | K | | |
| 26. U.S. Treasury Notes | C | Interest | | | Sold | 09/17 | L | | |
| 27. Watts Water Tech Com. St. | A | Dividend | J | T | | | | | |
| 28. Pioneer Natural Resource Com. St. | A | Dividend | K | T | Sold (part) | 04/30 | J | B | |
| 29. Pioneer Natural Resource Com. St. | A | Dividend | K | T | Buy (add'l) | 10/29 | J | | |
| 30. Pioneer Natural Resource Com. St. | A | Dividend | K | T | Buy (add'l) | 11/05 | J | | |
| 31. Cameco Com. St. | A | Dividend | | | Sold | 07/10 | K | | |
| 32. American Int'l. Group Com. St. | A | Dividend | | | Sold | 06/09 | J | | |
| 33. Wisdomtree Int'l. | B | Dividend | J | T | | | | | |
| 34. ConocoPhillips Com. St. | B | Dividend | | | Sold | 11/20 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KOLLAR-KOTELLY, COLLEEN | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Capital Source Com. St. | C | Dividend | | | Sold | 09/23 | J | | |
| 36. 3M Com. St. | A | Dividend | K | T | | | | | |
| 37. Schlumberger Com. St. | A | Dividend | K | T | Buy (add'l) | 02/29 | J | | |
| 38. Gilead Science Com. St | | None | K | T | Buy (add'l) | 02/29 | J | | |
| 39. Gilead Science Com. St. | | None | K | T | Sold (part) | 08/07 | J | B | |
| 40. Gilead Science Com. St. | | None | K | T | Buy (add'l) | 10/28 | J | | |
| 41. Harris Corp. Com. St. | A | Dividend | K | T | Buy (add'l) | 02/29 | J | | |
| 42. Washington Muitual Bank Notes | C | Interest | | | Matured | 05/02 | K | | |
| 43. Colony Bank Notes | B | Interest | | | Matured | 06/20 | L | | |
| 44. Indymak Bank Notes | B | Interest | | | Matured | 07/30 | K | | |
| 45. Georgian Bank Notes | C | Interest | | | Matured | 09/23 | K | | |
| 46. Macon Bank Notes | B | Interest | | | Matured | 12/15 | K | | |
| 47. Bear Stearns Notes | B | Interest | K | T | | | | | |
| 48. Capital One USA Notes | | None | K | T | Buy | 04/03 | K | | |
| 49. McDonalds Com. St. | A | Dividend | K | T | Buy | 02/14 | K | | |
| 50. McDonalds Com. St. | A | Dividend | K | T | Buy (add'l) | 10/08 | J | | |
| 51. GMAC Bank Notes | B | Interest | | | Buy | 03/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| KOLLAR-KOTELLY, COLLEEN | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. GMAC Bank Notes | B | Interest | | | Matured | 12/22 | K | | |
| 53. General Electric Capital Notes | B | Interest | K | T | Buy | 05/06 | K | | |
| 54. General Dynamics Com. St. | A | Dividend | K | T | Buy | 05/13 | K | | |
| 55. Walt Ddisney Com. St. | | None | K | T | Buy | 05/19 | K | | |
| 56. Norfolk Southern Com. St. | A | Dividend | K | T | Buy | 06/16 | K | | |
| 57. New York Community Bank Notes | | None | L | T | Buy | 07/15 | K | | |
| 58. Caterpillar Financial Notes | A | Interest | J | T | Buy | 08/13 | J | | |
| 59. New South Fed. Bank Notes | | None | K | T | Buy | 09/12 | K | | |
| 60. First Bank of Tennessee Notes | | None | L | T | Buy | 09/12 | K | | |
| 61. ABB Limited Com. St. | | None | K | T | Buy | 09/12 | K | | |
| 62. Fleet Boston Notes | A | Interest | K | T | Buy | 10/24 | K | | |
| 63. Morgan Stanley Bank Notes | | None | K | T | Buy | 10/24 | K | | |
| 64. Proshares Trust Dow Index Fund | | None | | | Buy | 11/20 | K | | |
| 65. Proshares Trust Dow Index Fund | | None | | | Sold | 11/20 | K | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KOLLAR-KOTELLY, COLLEEN | 05/15/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544